App. Div.]            Third Department, May, 1918.

Firm Name of JOHN G. MYERS COMPANY, Respondents.— Judgment and orders unanimously affirmed, with costs.

LEO C. HICKEY, Respondent, v. CITY OF SCHENECTADY, Appellant.— Judgment and order unanimously affirmed, with costs.

FRANK V. HOGAN, Respondent, v. E. M. MURRAY PLASTERING COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs.

JACOB JOHNSON, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment reversed upon the ground that the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the damages to six cents, in which case the judgment is modified accordingly and as modified affirmed, without costs.   All concurred.

Jo INDIAN HUNTING AND FISHING CLUB, INC., a Domestic Corporation, and ARTHUR C. KYLE, Appellants, v. HARRY A. FURMAN and Others, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Jo INDIAN HUNTING AND FISHING CLUB, INC., a Domestic Corporation, and ARTHUR C. KYLE, Respondents, v. HARRY A. FURMAN and Others, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Judicial Settlement of the Account of JOHN A. T. SCHWARTE, as Trustee, etc., of JENNIE N. SCULLY, Deceased, Respondent. FRANCESCA C. VALLEJO MCGETTINGAN and Others, Appellants.— Settled.

In the Matter of the Application of PRENTICE W. WILLIS, Individually and as Administrator, etc., of JOHN C. WILLIS, Deceased, Respondent, for a Decree of Judicial Construction of the Last Will and Testament of WARREN G. WILLIS, Deceased. GEORGE M. WILLIS, as Administrator with the Will Annexed, etc., Appellant.— Decree unanimously affirmed, without costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of NAPOLEON CHABOT, Deceased. DELIAN CHABOT, Mother and Others, Respondents, for Compensation under the Workmen's Compensation Law, v. THE TERRY BROTHERS COMPANY, Employer, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANTHONY GEIDEL, Respondent, for Compensation under the Workmen's Compensation Law, for Disability, v. THE INTERBOROUGH RAPID TRANSIT COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ELLEN MCINERNEY, Widow of MICHAEL MCINERNEY, Deceased, Respondent, for Compensation under the Workmen's Compensation Law, v. BUFFALO AND SUSQUEHANNA RAILROAD CORPORATION, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ISAAC W. MCKIBBEN, Respondent, for Compensation under the